UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCED DOMINGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BERKELEY, et al., <br><br> Defendants. | Case No. 21-cv-07823-JST <br><br> **ORDER OF DISMISSAL** <br><br> Re: ECF Nos. 27, 32 |

Plaintiffs have filed a notice of voluntary dismissal. ECF Nos. 27, 32. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: December 9, 2021



JON S. TIGAR
United States District Judge